**UNITED STATES of America,**

v.

**Fredy BAUTISTA Appellant.**

**No. 03–1707.**

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) June 21, 2004.

Decided July 7, 2004.

William B. Carr, Jr., Office of United States Attorney, Philadelphia, PA, for Appellee.

Fredy Bautista, Fort Dix, NJ, pro se.

Before NYGAARD, MCKEE, and CHERTOFF, Circuit Judges.

OPINION OF THE COURT

NYGAARD, Circuit Judge.

Fredy Bautista pleaded guilty to conspiracy to distribute five or more kilograms of cocaine within 1000 feet of a school, in violation of 21 U.S.C. § 846. The District Court sentenced him to 87 months—the minimum sentence permitted under the applicable guideline range. After being sentenced, Bautista filed a motion for appointment of counsel and then, after the period for filing his notice of appeal had expired, filed a notice of appeal. The District Court directed its clerk of court to enter Bautista's notice of appeal *nunc pro tunc* and allow Bautista to proceed *in forma pauperis.* We have jurisdiction under 28 U.S.C. § 1291.

Bautista's appointed counsel on appeal, who was also his counsel before the District Court, has filed a brief and motion to withdraw pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Bautista has also filed his own *pro se* brief and reply brief and the government has filed its brief agreeing with Bautista's counsel that there are no non-frivolous issues for appeal in this case. We have carefully reviewed all submissions and the record and agree with Bautista's counsel and the government that there are no non-frivolous issues in this appeal and the District Court did not err.

Accordingly, we will grant Bautista's counsel's motion to withdraw and affirm the order of the District Court.